**Charles P. KELLEY, Petitioner,**

v.

**Denise I. KELLEY, Respondent,**

**Richard and Patsy Kelley, Appellant.**

**No. WD 51157.**

Missouri Court of Appeals,
Western District.

Submitted April 17, 1996.

June 18, 1996.

Carl E. Laurent, Independence, for appellant.

Allen S. Russell, Kansas City, for respondent.

Before LAURA DENVIR STITH, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Richard and Patsy Kelley appeal a judgment entered against them on a suit brought by Denise Kelley to establish a constructive trust in certain residential property. The arguments of appellants have been carefully considered and are ruled against them.

Judgment is affirmed. A memorandum is furnished to the parties to the appeal. Rule 84.16(b).

■

**Earline MITCHELL, Respondent,**

v.

**F.M. THORPE MANUFACTURING COMPANY, Appellant.**

**No. WD 51739.**

Missouri Court of Appeals,
Western District.

June 18, 1996.

Bill Richerson, Kansas City, for appellant.

Stephen Nordyke, Butler, for respondent.

Before LOWENSTEIN, P.J., HANNA and SPINDEN, JJ.

### ORDER

PER CURIAM.

Employer, F.M. Thorpe Manufacturing Company, appeals from an award of the Labor and Industrial Relations Commission (Commission) ordering employer to pay its employee, Earline Mitchell, workers compensation benefits for past medical bills, future medical care and treatment, as well as ongoing temporary total disability from October 28, 1992, until further order.

Judgment affirmed. Rule 84.16(b).